

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/04/2023_
```

**VIA ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 3, 2023

Re:   <u>Case 1:23-cv-06884-AT Toro v. The Vermont Flannel Co.
         Request for Extension of Time</u>

Dear Judge Torres:

    Plaintiff respectfully submits this letter-motion to seek an extension of time of the Order dated August 8, 2023 (Dkt. No. 6), which directed the Parties to submit a joint letter and proposed case management plan by October 3 2023. While Defendant is unrepresented, the Parties are currently in communication. The Defendant has been informed of its default herein. As the Defendant cannot represent itself, Plaintiff respectfully seeks a 45-day extension to file the required submission, up to and until November 17, 2023. If Defendant is still in default and unrepresented by that date, Plaintiff will seek a default judgment in accordance with the Courts rules.

    We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

<u>Mars Khaimov, Esq.</u>
Attorney for Plaintiff

GRANTED.  By **November 17, 2023**, the parties shall file a joint letter and case management plan, or Plaintiff shall file a letter informing the Court as to her intent regarding the prosecution of this action.

Dated: October 4, 2023
      New York, New York

ANALISA TORRES
United States District Judge