```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/20/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                  Plaintiff,

-against-

The Vermont Flannel Co.,

                  Defendant.

23 Civ. 6884 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter and proposed case management plan. ECF Nos. 15, 15-1. The case management plan does not indicate whether the parties consent to conducting all proceedings before a magistrate judge and whether the case is to be tried before a jury. ECF No. 15-1 ¶¶ 1–2.

    The case management plan also requires the parties to discuss settlement following the close of fact discovery. *Id.* ¶ 9. However, the parties have not completed Paragraph 10 of the proposed case management plan, which requires the parties to propose a mechanism and timing for alternative dispute resolution.

    Accordingly, by **November 30, 2023**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: November 20, 2023
       New York, New York

ANALISA TORRES
United States District Judge