UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

The Vermont Flannel Co.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/09/2024
```

23 Civ. 6884 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 22, 2023, the Court ordered the parties to participate in mediation in good faith. ECF No. 19. The Court was informed that one or both of the parties did not attend the mediation. The Court has received no request to remove the case from mediation.

    Accordingly, by **January 23, 2024**, the parties shall file a joint letter informing the Court when their first mediation session is scheduled.

    SO ORDERED.

Dated: January 9, 2024
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge