```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/24/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

The Vermont Flannel Co.,

                Defendant.

23 Civ. 6884 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 9, 2024, the Court ordered the parties to file a joint letter by January 23, 2024, informing the Court when their first mediation session is scheduled. ECF No. 22. That submission is overdue.

    By **January 30, 2024**, the parties shall file a joint letter informing the Court when their first mediation session is scheduled.

    SO ORDERED.

Dated: January 24, 2024
       New York, New York

ANALISA TORRES
United States District Judge