```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _02/05/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                      Plaintiff,

      -against-

The Vermont Flannel Co.,

                      Defendant.

23 Civ. 6884 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 9, 2024, the Court ordered the parties to file a joint letter by January 23, 2024, informing the Court when their first mediation session is scheduled. ECF No. 22. Having received no submission, the Court again ordered the parties to file their joint letter by January 30, 2024. ECF No. 23. That submission is now overdue.

    By **February 12, 2024**, the parties shall file a joint letter informing the Court when their first mediation session is scheduled. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.

    SO ORDERED.

Dated: February 5, 2024
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge